[No. 32656-6-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ANGEL
ENGLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-00067-1, Lisa R. Worswick, J., entered
December 13, 2004. *Affirmed* by unpublished opinion per
Quinn-Brintnall, C.J., concurred in by Houghton and Van
Deren, JJ.

[No. 32702-3-II.   Division Two.   July 5, 2006.]

*In the Matter of the Personal Restraint of* DONALD T.
MCCARTHY, *Petitioner*.

Petition for relief from personal restraint. *Granted in
part, denied in part,* and *remanded* by unpublished opin-
ion per Armstrong, J., concurred in by Houghton and
Bridgewater, JJ. Now published at 134 Wn. App. 752.

[No. 32852-6-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN BLAIR
CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. 04-1-00092-6, Craddock D. Verser, J.,
entered February 7, 2005. *Reversed* by unpublished opin-
ion per Van Deren, A.C.J., concurred in by Armstrong, J.;
Hunt, J., dissenting.

[No. 32894-1-II.   Division Two.   July 5, 2006.]

JAMES M. PETERSON ET AL., *Appellants*, v. J.B. HUNT
TRANSPORT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-2-09494-1, Beverly Grant, J., entered Feb-
ruary 16, 2005. *Affirmed* by unpublished opinion per Quinn-
Brintnall, C.J., concurred in by Bridgewater and Arm-
strong, JJ.